UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAROSLAV FRANK DRASAR,                1:05-cv-01147-OWW-LJO-P

        Plaintiff,         **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 20)

vs.

                                        **ORDER DISMISSING COMPLAINT/**
YATES, et al.,                       **ACTION**

        Defendants.
_____/

    Jaroslav Frank Drasar ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On December 18, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days. To date, Plaintiff has not filed objections thereto.[1]

---

[1] The United States Postal Service returned the order served on Plaintiff on January 5, 2007, as undeliverable. A notation on the envelope indicated: Return to Sender - Paroled. However, Plaintiff has not notified the court of any change in his address. Absent such notice, service at a party's prior address is fully effective. See Local Rule 83-182(f).

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed December 18, 2006, are ADOPTED in full; and,

2. The Complaint, and therefore this action, is DISMISSED based on Plaintiff's failure to obey the Court's Order of November 2, 2006, and because the Complaint does not state claims upon which relief can be granted.

IT IS SO ORDERED.

**Dated:   February 7, 2007**                          **/s/ Oliver W. Wanger**
emm0d6                                                    UNITED STATES DISTRICT JUDGE